Jim J. Valcarce
VALCARCE LAW OFFICE, LLC
PO Box 409 – 900 3rd Ave.
Bethel, Alaska 99559
Phone: (907) 543-2744
Facsimile: (907) 543-2746
Email: Jim@bushlawyers.com
ABA # 9505011

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| SAMMY LISKEY & EDDIE PASITNAK, Plaintiffs, vs. UNITED STATES OF AMERICA Defendants. | **COMPLAINT FOR DAMAGES** Case NO. _____ Civil |

COMES NOW the plaintiffs, SAMMY LISKEY and EDDIE PASITNAK, by and through counsel, Valcarce Law Office, LLC, for their cause of action against defendant, states and alleges as follows:

## ALLEGATIONS COMMON TO ALL CLAIMS

1. Plaintiffs at all times relevant hereto were residents in the Fourth Judicial District, State of Alaska.

2. The employees and security personnel named herein worked for and were agents of the Yukon Kuskokwim Health Corporation ("YKHC") and otherwise performed work in either the Fourth Judicial District of Alaska.

VALCARCE LAW OFFICE, LLC
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744 telephone
(907) 543-2746 Fax

3. All employees and security personnel named at all times relevant to this complaint, were employed, agents of, and working for either YKHC. All such employees and security personnel activities and work arose from employment with an agency of the U.S., or otherwise pursuant to 25 C.F.R. 900.192; and all such persons are eligible for Federal Tort Claim Act coverage, pursuant to 28 U.S.C. 2679(d)(1).

4. On or about December 16, 2016, plaintiffs Sammie Liskey and Eddie Pasitnak were on the premises of YKHC in Bethel, Alaska. As Mr. Liskey and Mr. Pasitnak were passing behind a parked vehicle, owned by YKHC and operated by its agents, the vehicle began travelling in reverse, running over Mr. Liskey and Mr. Pasitnak. Mr. Liskey and Mr. Pasitnak both sustained injuries as a result of the vehicle running them over.

5. The driver was identified as Elden Westdahl, a security officer under the employ of YKHC. Mr. Westdahl was engaged in activities arising out of his employment and was otherwise and employee or agent of YKHC.

6. Due to the negligent acts and omissions by the employees and agents of YKHC, Sammy Liskey and Eddie Pasitnak suffered damages and permanent impairments, further detailed below.

7. Mr. Liskey suffered personal injury to his shoulder, back, and neck, and impairment and other damages to these and other portions of his body, including but not limited to:

      A. Pain and suffering;

      B. Mental anguish, anxiety and emotional distress;

      C. Loss of enjoyment of life.

      D. Inconvenience;

VALCARCE LAW OFFICE, LLC
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744 telephone
(907) 543-2746 Fax

E. Other economic and non-economic losses.

8. Mr. Pasitnak suffered personal injury to his foot, leg, and knee, and impairment and other damages to these and other portions of his body, including but not limited to:

A. Medical costs and expenses and other expenses;

B. Pain and suffering;

C. Mental anguish, anxiety and emotional distress;

D. Loss of enjoyment of life.

E. Inconvenience;

F. Other economic and non-economic losses.

9. Plaintiffs reallege and incorporate herein as though they were set out in full, all allegations of the preceding paragraphs, and further allege as follow:

10. Defendant, including its compact entities, agents, servants and employees, breached the applicable duty of care, and were negligent in acts and omissions, including but not limited to:

a) Failing to watch for pedestrians when operating a motor vehicle;

b) Failing to timely apply the brakes in order to avoid colliding with a pedestrian (s);

d) Failure to keep a proper look out for pedestrians;

c) Failure to properly notify medical personnel of injuries caused when operating a motor vehicle that collides with a pedestrian;

d) Failure to properly notify law enforcement of injuries caused when operating a motor vehicle that collides with a pedestrian;

e) Failure act with the necessary degree of urgency;

11. Plaintiffs incorporate, as though they were set out in full, all allegations of the preceding paragraphs of the *Complaint*, and further allege as follows: .

12. That as a direct and proximate result of defendant's negligence, plaintiffs Sammy Liskey and Eddie Pasitnak suffered damages, as set forth above, and other economic and non-economic damages in an amount to be proven at trial, but in any event greater than One Hundred Thousand Dollars ($100,000.00), each.

WHEREFORE, Plaintiffs pray for judgment against defendant as follows:

1. All claims for compensatory damages in excess of $100,000.00 each, the exact amount to be determined at trial;

2. For interest, costs and attorney's fees; and

3. For such other and further relief as the Court deems just and proper.

DATED this ___ day of August, 2017 at Bethel, Alaska.

VALCARCE LAW OFFICE, LLC
Attorneys for Plaintiffs

_____
Jim Valcarce
ABA No. 9505011

**CERTIFICATE OF SERVICE:**
The undersigned hereby certifies that on this ___ of ___, 2017, a true and correct copy was served on the following:

Attorney General
Office of the U.S. Attorney General
U.S. Department of Justice
Main Justice Building

Liskey v. U.S.
*Complaint*

VALCARCE LAW OFFICE, LLC
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744 telephone
(907) 543-2746 Fax

VALCARCE LAW OFFICE, LLC
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744 telephone
(907) 543-2746 Fax

10th & Constitution Avenue NW
Washington, D.C. 20530
U.S. Attorney

Office of the U.S. Attorney, District of Alaska
U.S. Department of Justice
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

_____
Jeff Egoak

Liskey v. U.S.
*Complaint*